**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


American Postal Workers
Accident Benefit Association
Pension Plan

    v.                                                                    Civil No. 12-cv-029-LM

Thomas P. Tierney and
Tierney Associates, Inc.


**NOTICE OF RULING**

    Pursuant to Local Rule 83.6(c), a corporation,

unincorporated association, or trust may not appear in any

action pro se.  Accordingly, Tierney Associates, Inc., is

responsible to assure counsel files an appearance on its behalf

on or before March 14, 2012.  If such an appearance is not filed

on or before that date, the court will consider imposing

appropriate sanctions, which may include the entry of default as

to Tierney Associates, Inc., pursuant to Local Rule 1.3(a).


                                      _____
                                      Landya McCafferty
                                      United States Magistrate Judge

Date: February 23, 2012

cc:  Jonathan M. Conti, Esq.
     Charles B. Doleac, Esq.
     Michael A. Feinberg, Esq.
     Susan Aileen Lowry, Esq.
     Thomas P. Tierney, pro se