**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>American Postal Workers</u>
<u>Accident Benefit Association</u>
<u>Pension Plan</u>

   v.                                   Civil No. 12-cv-029-LM

<u>Thomas P. Tierney and</u>
<u>Tierney Associates, Inc.</u>

<u>O R D E R</u>

On April 13, 2012, a preliminary pretrial conference was held in this case. Attorneys Jonathan M. Conti and Susan Aileen Lowry appeared for plaintiff; Attorney Dennis T. Blair appeared for defendants.

Defendants retained Attorney Blair shortly before the hearing, and he requested more time to review the plaintiff's proposed discovery plan (doc. no. 14). Plaintiff's counsel did not object. The court issues the following order:

- The parties shall confer with respect to plaintiff's proposed discovery plan (doc. no. 14). If they agree on the terms of the plan as submitted, they shall notify Kellie Otis, the court's case manager, on or before April 20, 2012.

- If defendants propose alternative dates (or any other changes to document no. 14) and plaintiff concurs in defendants' proposals, defendants shall file on or before April 20, 2012, an amended proposed discovery plan.

- To the extent the parties cannot reach agreement with respect to any discovery issues, they shall notify Ms. Otis on or before April 30, 2012, so that a telephone conference with the court can be scheduled.

- If a further discovery plan is not filed in the case on or before April 30, 2012, the court shall issue an order adopting document no. 14, with the following two minor amendments: (1) third party action deadline of July 1, 2012, and (2) the proposed trial date will be adjusted forward one month to allow the required 120 days between the summary judgment deadline and trial date.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

Date: April 16, 2012

cc: Dennis T. Blair, Esq.
    Jonathan M. Conti, Esq.
    Charles B. Doleac, Esq.
    Michael A. Feinberg, Esq.
    Susan Aileen Lowry, Esq.
    Thomas P. Tierney, pro se